IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mario Ramos Hinojos, Jr., ) | C/A No.: 2:14-cv-2960 DCN |
| Petitioner, ) | |
| vs. ) | |
| ) | **ORDER** |
| Warden Bush, ) | |
| Respondent. ) | |

This matter is before the court pursuant to petitioner's motion for reconsideration of the Order granting respondent's Motion for Summary Judgment on April 9, 2015. This motion was filed on June 17, 2015. This court lacks jurisdiction over this matter, as the petitioner filed a Notice of Appeal to the Fourth Circuit on May 27, 2015. It is therefore

**ORDERED**, that the petitioner's motion for reconsideration is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

July 9, 2015
Charleston, South Carolina